UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| PHILLIP J. WALKER, | ) | Case No. 5:09 CV0780 |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | JUDGMENT ENTRY |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| Defendant. | ) | Magistrate Judge James S. Gallas |

In accordance with a concomitant memorandum opinion, the court finds the Commissioner's denial of disability insurance benefits and supplemental security income was supported by substantial evidence and must be affirmed under 42 U.S.C. §405(g). Judgment is entered for the defendant. This matter is concluded pursuant to Rule 58 of the Federal Rules of Civil Procedure and is appealable.

IT IS SO ORDERED.

                                                                      s/James S. Gallas
                                                United States Magistrate Judge